UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**FILED IN CHAMBERS**
**U.S.D.C. - Rome**

**FEB 21 2013**

JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES OF AMERICA

v.

JAMES THOMAS SWILLEY,

Defendant.

CRIMINAL ACTION
NO. 4:12-CR-0016-1

O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this _21st_ day of February, 2013.

ROBERT L. VINING, JR.
Senior United States District Judge